ANNA FELDMAN, Respondent, v. JOSEPH LUBITZ, Appellant.— Judgment and order of the County Court of Kings county unanimously

affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.